# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (TRENTON VICINAGE)

| | |
|---|---|
| VALJON DACI<br><br>                     Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.<br>                     Defendant | Civil Action No:<br><br>**NOTICE OF FILING OF<br>NOTICE OF REMOVAL** |

**TO:**    Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Kathryn M. Cafaro, Esquire
CHELL & BUSH
149 New Dorp Lane
Staten Island, New York 10306
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that a Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-004634-22, to the United States District Court (a copy of the Notice of Removal is attached hereto) was filed on October 14, 2022, in the United States District Court for the District of New Jersey, Trenton Vicinage.

                                                    MARSHALL, DENNEHEY

                                                    By: _____
                                                          *Jessica D. Wachstein, Esquire*
                                                          NJ Attorney ID #:012052007
                                                          15000 Midlantic Drive • Suite 200 • P.O. Box 5429
                                                          Mt. Laurel, NJ 08054
                                                          (856) 414-6010
                                                          JDWachstein@mdwcg.com
                                                          Attorneys for Defendant, Home Depot U.S.A., Inc.

Dated: October 14, 2022